This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RENE MUÑOZ,**

Petitioner-Appellant,

**v.**                                                                                  **No. 35,364**

**ELIZABETH MUÑOZ,**

Respondent-Appellee.

**STATE OF NEW MEXICO ex rel.**
**HUMAN SERVICES DEPARTMENT,**

Intervenor.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Darren M. Kugler, District Judge**

Rene Muñoz
Las Cruces, NM

Pro se Appellant

Elizabeth Muñoz
Las Cruces, NM

Pro se Appellee

Anthony C. Porter

New Mexico HSD Child Support Enforcement Division
Las Cruces, NM

for Intervenor

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}    Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}    Reversed.

{3}    **IT IS SO ORDERED.**


_____
                              **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**MICHAEL E. VIGIL, Chief Judge**


_____
**J. MILES HANISEE, Judge**